Form 154A

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

8

In re:  Bankruptcy Case No.: 22−20017−GLT

Chapter: 13

**Deanna R. Garcia**
   Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **March 15, 2022**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

   Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**
  U.S. Bankruptcy Court
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Michael R. Rhodes
*Clerk, U.S. Bankruptcy Court*

Dated: 1/5/22

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-20017-GLT

Deanna R. Garcia     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 2

Date Rcvd: Jan 05, 2022     Form ID: 154A     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deanna R. Garcia, 1404 Hampshire Ave., Pittsburgh, PA 15216-3235 |
| 15443691 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 15443692 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15443693 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15443694 | | Apple, Goldman Sachs Bank USA, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-6112 |
| 15443695 | | BBVA, Pnc Cb Investigations, Cleveland, OH 44101 |
| 15443705 | + | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15443707 | + | Greensky LLC, P.O. Box 29429, Atlanta, GA 30359-0429 |
| 15443709 | + | Gs Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15443710 | + | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 15443713 | + | PNC Bank, PO Box 71355, Philadelphia, PA 19176-1355 |
| 15443714 | + | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15443690 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 05 2022 23:21:00 | Ally, 10909 McCormick Road, Hunt Valley, MD 21031-1401 |
| 15443700 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 23:30:32 | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15443701 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 23:30:32 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15443702 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 23:30:39 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15443703 | + | Email/Text: EBN@edfinancial.com | Jan 05 2022 23:21:00 | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15443708 | + | Email/Text: bankruptcy@greenskycredit.com | Jan 05 2022 23:21:00 | Greensky Llc, Attn: Bankruptcy, 1797 Northeast Expy Ne, Ste 100, Atlanta, GA 30329-2451 |
| 15443711 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 05 2022 23:22:00 | Hyundai Motor Finance, 10550 Talbert Av, Fountain Valley, CA 92708 |
| 15443712 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 05 2022 23:22:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 15443699 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2022 23:30:31 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15443698 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2022 23:30:31 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15443697 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2022 23:30:34 | Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 15443696 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2022 23:21:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |

| District/off: 0315-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: 154A | Total Noticed: 27 |

| 15443719 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| --- | --- | --- | --- |
| | | Jan 05 2022 23:21:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15443718 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Jan 05 2022 23:21:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15443720 | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Jan 05 2022 23:21:00 | Rocket Mortgage, P.O. Box 6577, Carol Stream, IL 60197-6577 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 15443704 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15443706 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15443715 | *+ | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 15443716 | *+ | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 15443717 | *+ | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Kenneth Steidl | on behalf of Debtor Deanna R. Garcia julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 3