**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DEANNA R. GARCIA | Case No. 22-20017GLT |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| ALLY BANK(*) | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

Vehicle totaled

**Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

| | |
|---|---|
| ALLY BANK(*)<br>PAYMENT PROCESSING CENTER*<br>PO BOX 660618<br>DALLAS, TX 75266-0618 | Court claim# 4/Trustee CID# 4 |

The Movant further certifies that on 03/05/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | |

| | |
|---|---|
| DEBTOR(S): <br> DEANNA R. GARCIA, 1404 HAMPSHIRE AVE., PITTSBURGH, PA  15216 | DEBTOR'S COUNSEL: <br> KENNETH STEIDL ESQ, STEIDL & STEINBERG PC, 436 SEVENTH AVE STE 322, KOPPERS BUILDING, PITTSBURGH, PA  15219 |
| : <br> AIS PORTFOLIO SERVICES (AMERICAN INFO SOURCE)**, ATTN BANKRUPTCY NOTICING, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118 <br><br> NEW CREDITOR: | ORIGINAL CREDITOR: <br> ALLY BANK(*), PAYMENT PROCESSING CENTER*, PO BOX 660618, DALLAS, TX 75266-0618 |