FILED
3/16/26 9:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  22-20017 GLT |
| | ) | Chapter 13 |
| Deanna R. Garcia | ) | Docket No. |
| *Debtor(s)* | ) | |
| | ) | |
| Deanna R. Garcia | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | Related to Docket No. 40 |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent(s)* | ) | |

**CONSENT ORDER APPROVING DEBTOR TO FINANCE A NEW OR USED VEHICLE**

AND NOW, to wit, this ___ 16th Day of March ˌ 2026, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtors is in need of a safe motor vehicle after her current vehicle was totaled in an accident;

2. The Debtor is authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

   a. The total amount of financing **shall not exceed** $25,000.00; and

   b. The monthly payments made under the financing agreement **shall not exceed $500.00.**

3. To extent the Debtor secures financing for the purchase of a new vehicle, such payments **shall be made directly by the Debtor as there are 10 months remaining in the current plan term**. With **30 Days** of securing such financing. Debtor shall file:

   a. A report of financing

4. Debtor shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file a proof of the same with the Court.

5.   The Trustee is permitted to place the payments to Ally Bank on reserve for the

2020 Hyundai Ioniq once the Debtor files a notice of the terms of the new vehicle

financing, as the claim held by Ally Bank will be paid in full from insurance

proceeds from the vehicle accident.

_____

Honorable Gregory L. Taddonio

U.S. Bankruptcy Judge

/s/ Kate DeSimone

Kate DeSimone, Esquire

Counsel for the Chapter 13 Trustee

/s/ Kenneth Steidl

Kenneth Steidl, Esquire

Attorney for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                     Case No. 22-20017-GLT

Deanna R. Garcia                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

**Recip ID               Recipient Name and Address**
db                          +  Deanna R. Garcia, 1404 Hampshire Ave., Pittsburgh, PA 15216-3235

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Denise Carlon
                                        on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com

Jeffrey R. Hunt
                                        on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Kenneth Steidl
                                        on behalf of Debtor Deanna R. Garcia julie.steidl@steidl-steinberg.com
                                        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
                                        on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Office of the United States Trustee
                                        ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                              User: auto                                    Page 2 of 2
Date Rcvd: Mar 16, 2026                          Form ID: pdf900                          Total Noticed: 1

Ronda J. Winnecour

        cmecf@chapter13trusteewdpa.com

TOTAL: 6