**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 22-20017 GLT |
| Deanna R. Garcia, | ) | Chapter 13 |
| *Debtor* | ) | Docket No. |
| | ) | |
| Deanna R. Garcia, | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| *No Respondents* | ) | |

**AMENDED CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 8, 2026, a true and correct copy of the *Amended Schedule I and J* was served by U.S. First Class Mail, postage prepaid, upon the following persons and parties:

**USPS:**
Deanna R. Garcia
1404 Hampshire Ave.
Pittsburgh, PA 15216

Date: September 9, 2026

/s/ Kenneth Steidl

Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965