IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Deanna R. Garcia | ) | Case No. 22-20017 GLT |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Deanna R. Garcia | ) | Related to Document No. 42 |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondent* | ) | |

**REPORT OF NO FINANCING**

AND NOW, comes the Debtor, Deanna R. Garcia, by and through her attorney Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. On March 16, 2026, this Honorable Court signed an Order authorizing the Debtor to finance a new or used motor vehicle for an amount up to $25,000.00 and an interest rate of up to 21% per year with a monthly payment not to exceed $500.00 per month.

2. The Debtor has decided not to finance a vehicle at this time.

WHEREFORE, the Debtor, Deanna R. Garcia, respectfully files this report of no financing.

September 11, 2026
DATE

Respectfully submitted,
/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 322- Koppers Building
437 Seventh Ave.
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 34965
Ken.steidl@steidl-steinberg.com